In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00468-CV
_____

TRISHA WAKAT SHAFER, Appellant

V.

JACK NEWTON SHAFER, Appellee

_____

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 10-04-03653 CV

_____

ORDER

Trisha Wakat Shafer is appealing the trial court's September 7, 2012 final order on her suit to modify the parent-child relationship. Appellant filed a motion to supplement the reporter's record with hearings conducted by the trial court in connection with an earlier modification suit that resulted in a final order signed on December 30, 2011. Sequentially filed suits for modification of the parent-child relationship are treated as separate proceedings. *See* Tex. Fam. Code Ann. § 156.004 (West 2008). Because she has indigent status for the appeal, the appellant

1

is not required to pay for the reporter's record. *See* Tex. R. App. P. 20.1(k). The "reporter's record" for purposes of this appeal is the record of the proceedings conducted for the suit for modification that resulted in the final order on appeal. Accordingly, the court reporter is required to prepare without prepayment only those hearings conducted pursuant to the suit for modification that is the subject of this appeal.

"Any supplemental reporter's record is part of the appellate record." Tex. R. App. P. 34.6(d). Accordingly, the appellant may request a reporter's record of a hearing from the previous suit to modify the parent-child relationship and cause it to be filed in the record of this appeal. However, because she is entitled to a record without prepayment only of the proceedings for this appeal, she is not entitled to have the records from the earlier modification suit prepared without prepayment.

ORDER ENTERED March 28, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.

2